FILED

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
                                    2008 MAR 24  AM 10: 31
3                               RICHARD W. WIEKING
                                       CLERK
                                U.S. DISTRICT COURT
4                               NO. DIST. OF CA

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )  Case No. CR 08-0116 MAG
                                     )
12       Plaintiff,                  )
                                     )
13       v.                          )  [PROPOSED] ORDER FOR SUMMONS
                                     )
14  THANH DINH, and,                 )
    CUONG TRAN, and,                 )
15  QUANG TRAN,                      )
                                     )
16       Defendants.                 )
                                     )

17

18       Having reviewed the Declaration of Lindsay B. Hoopes, the Court finds that probable cause
19  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20  58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Cuong Tran,
21  640 Bailey Road #180, Pittsburg, California, 94565, to appear on April 16, 2008 at 9:30 a.m.
22  before the Honorable James Larson to answer the Information that has been filed by the United
23  States Attorney.

24

25       IT IS SO ORDERED.
26
27  Dated:  3/24/8
              _____          _____
28                                         THE HONORABLE
                                           United ...
                                           Judge Joseph C. Spero

ORDER FOR SUMMONS
Case No. CR 08-0116 MAG