1  BARRY J. PORTMAN
   Federal Public Defender
2  19th Floor Federal Building
   450 Golden Gate Avenue
3  San Francisco, CA 94102
   Telephone: (415) 436-7700
4

5  Counsel for Defendant Thanh Dinh

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No.   CR 08-0116 MAG
11                                     )
              Plaintiff,                )
12                                     )   [PROPOSED] ORDER AND
         v.                            )   STIPULATION CONTINUING STATUS
13                                     )   HEARING FROM APRIL 29, 2008 TO
   THAN DINH,                          )   MAY 8, 2008
14 CUONG TRAN,                         )
   QUANG TRAN,                         )
15                                     )
              Defendants.
16 _____

17
        The undersigned parties stipulate as follows:
18
   1.   The parties are currently scheduled to appear before the Court for a status/trial setting
19
        hearing on April 29, 2008.
20
   2.   Due to unavailability of government counsel on the above-referenced date, and in order to
21
        allow for a more informed status conference, the parties hereby request that the matter be
22
        continued from April 29, 2008 to May 8, 2008 at 11:00 a.m.
23

24
   //
25
   //
26

United States v. Dinh et al. 08-0116
Stipulation and Order Continuing Status Hearing

                                            1

**IT IS SO STIPULATED.**

DATED: April 28, 2008                 _____/s/_____
                                      WENDY M. THOMAS
                                      Assistant United States Attorney

DATED: April 28, 2008                 _____/s/_____
                                      BARRY J. PORTMAN
                                      Federal Public Defender
                                      Attorney for Defendant T. Dinh

DATED: April 28, 2008                 _____/s/_____
                                      BRIAN P. BERSON
                                      Attorney for Defendant C. Tran

DATED: April 28, 2008                 _____/s/_____
                                      SUSAN MARIE RAFFANTI
                                      Attorney for Defendant Q. Tran

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing the status appearance before this Court from April 29, 2008 to May 8, 2008 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: April 28, 2008                 _____/s/ James Larson_____
                                      THE HON. JAMES LARSON
                                      Chief Magistrate Judge

United States v. Dinh et al.  08-0116
Stipulation and Order Continuing Status Hearing

2