UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),　　　　　　　　　　　　No.CR08-0116 JL

    v.　　　　　　　　　　　　　　　　　**NOTICE OF CONTINUANCE**

QUANG TRAN; CUONG TRAN

    Defendant(s).
_____/

    Defendants' motion to suppress in the above entitled case is hereby continued (from October 2, 2008) to October 9, 2008 at 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: August 29, 2008

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm　　　　　　　　　　　　　1