**Susan Raffanti**
ATTORNEY

483 NINTH STREET
SUITE 200
OAKLAND, CA 94607

PHONE: 510.451.2825
FAX: 510.839.1622

August 29, 2008

Wings Hom
Clerk to Magistrate James Larson
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Re: <u>United States v. Cuong Tran et al; CR 08-0116 MAG (JL).</u>

Dear Mr. Hom:

    As I explained to you when we spoke, I'm unavailable for the newly calendared motion hearing date in this case of October 9, 2008. I have spoken with Brian Berson, attorney for defendant Quang Tran, and AUSA Wendy Thomas, and we are all agreeable to the court hearing the defendants' Motion to Suppress Identifications on **Tuesday October 7 at 11:00 a.m.** Thank you very much for your assistance.

Very truly yours,

Susan Raffanti

cc: AUSA Wendy Thomas
cc: Brian Berson