

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*        *(415) 436-6809*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*        *FAX:(415) 436-7234*

September 3, 2008

Wings Hom
Court Clerk to the Honorable James Larson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>U.S. v. Quang Tran, Cuong Tran, CR 08-0116 MAG</u>
             Date for hearing

Dear Mr. Hom:

     This letter serves as a request to re-schedule the potential evidentiary hearing in the above referenced matter to October 21, 2008, at 1:30 p.m. I have spoken to counsel for Quang Tran, Brian Berson, and counsel for Cuong Tran, Susan Raffanti, and both parties are available on October 21, 2008, at 1:30 p.m. for the potential evidentiary hearing. The reason I am requesting the matter be re-scheduled is that I have a trial set for the date previously agreed upon by the parties, October 7, 2008.

     Should you have any questions, please contact me at (415) 436-6809. Thank you so much for your assistance in this matter.

                                                Sincerely,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                             _____/s/_____
                                               WENDY THOMAS
                                               Special Assistant United States Attorney